District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NABARAJ KHATRI,<br><br>Plaintiff,<br>v.<br><br>DAVID P. STEINER,<br><br>Defendant. | Case No. 2:26-cv-03244-KKE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME<br><br>Noted for Consideration:<br>October 9, 2026 |

**JOINT STIPULATION**

On May 4, 2026, Plaintiff filed the instant case raising employment related claims that arose during his employment with Defendant in Kirkland, Washington, in the district court for the Northern District of Texas. Dkt. 1. On September 10, 2026, the case was transferred to the Western District of Washington. Dkts 12-13. Defendant's Answer is currently due October 19, 2026. The Court has issued an initial scheduling order. Dkt. 19.

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer and other related deadlines. Defendant requires time to review this matter and consult with Agency counsel regarding how to best proceed. Accordingly, the parties have agreed to extend the existing deadlines by sixty (60) days as follows:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendant's Answer to the Complaint | 10/19/2026 | 12/18/2026 |
| FRCP 26(f) Conference | 10/19/2026 | 12/18/2026 |
| Initial Disclosure Deadline | 11/2/2026 | 1/1/2027 |
| Joint Status Report due | 11/9/2026 | 1/8/2027 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, the parties believe that there is good cause to modify the current deadline and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 9th day of October, 2026.

Respectfully submitted,

*s/ S. Nicole Nardone*
S. NICOLE NARDONE, DC Bar #471871
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nicole.nardone@usdoj.gov

*Attorneys for Defendant*

*s/ Nabaraj Khatri*
Nabaraj Khatri
11220 BOYNE AVE
HASLET, TX 76052
360-639-5316
Email: kcnitesh7@gmail.com

*Pro se Plaintiff*

I certify that this memorandum contains 225 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that the parties' motion (Dkt. No. 20) is GRANTED.

DATED this 13th day of October, 2026.



Kymberly K. Evanson
United States District Judge